Commonwealth *v.* Ferguson, Appellant.

Submitted June 11, 1969. *Mark Wood-*

bury, III, Assistant Public Defender, for appellant; John T. Miller, First Assistant District Attorney, and John F. Rauhauser, Jr., District Attorney, for Commonwealth, appellee.

Order affirmed.